

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

| | | |
|---|---|---|
| ANTHONY G. BUZBEE AND THE BUZBEE LAW FIRM, | § | No. 08-20-00138-CV |
| | § | Appeal from the |
| Appellants, | § | Court District Court |
| v. | § | of El Paso County, Texas |
| ROBERTO CANALES, M.D. AND ROBERTO CANALES, M.D., P.A., | § | (TC#2020DCV0691) |
| Appellees. | § | |

### **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellees recover from Appellants and their sureties, if any, *see* TEX.R.APP.P. 43.5, on the judgment and all costs for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 9TH DAY OF MARCH, 2021.


YVONNE T. RODRIGUEZ, Chief Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.